IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 07-61798-CIV- DIMITROULEAS

JOSE E. LOZANO-HOYUELA, on behalf
of himself and all others similarly situated,

Magistrate Judge Rosenbaum

      Plaintiff,

v.

U.S. INSTALLATION GROUP, INC.
And BRUCE DELUCA, individually,

      Defendants.

_____/

## ORDER DENYING, WITHOUT PREJUDICE, STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

THIS CAUSE is before the Court upon the Parties' Stipulation for Voluntary Dismissal Without Prejudice [DE 21]. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

In the above-styled case, Plaintiff alleges that the Defendants violated the Fair Labor Standards Act ("FLSA"), and therefore any settlement agreement must be approved by the Court. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982). In the instant Motion, the parties fail to include a copy of their settlement agreement. Therefore, the instant Motion must be denied, without prejudice to the parties refiling a similar motion with their settlement agreement attached.[1]

_____

[1] The parties should note that when a settlement agreement requires approval by the Court, special circumstances must exist in order to deny the public access to the agreement. See Brown v. Advantage Eng'g Inc., 960 F.2d 1013, 1016 (11th Cir. 1992) ("Once a matter is brought before a court for resolution, it is no longer solely the parties' case, but also the public's case. Absent a showing of extraordinary circumstances . . . , the court file must remain accessible to the public.").

Accordingly, it is **ORDERED AND ADJUDGED** that the parties' Stipulation for Voluntary Dismissal Without Prejudice [DE 21] filed herein on June 27, 2008 is hereby **DENIED, without prejudice** to the parties refiling a similar motion with their settlement agreement attached.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of June, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Charles H. Bechert, Esq.
Steven M. Parrish, Esq.

2